UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RYAN M. MARSHALL,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>L. MEJIA, et al.,<br><br>　　　　　Defendants. | Case No. 5:24-cv-01186-MEMF-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1), the First Amended Complaint (Dkt. 7), the "Amended Complaint" (Dkt. 8), and the Report and Recommendation of the magistrate judge issued on October 1, 2024 (Dkt. 11, "Report"). Plaintiff did not file any timely objection to the Report or timely seek additional time in which to do so. The Report is approved and accepted.

/ / /

/ / /

/ / /

/ / /

1 |      Therefore, IT IS HEREBY ORDERED that Plaintiff's Request to
2 | Proceed in Forma Pauperis (Dkt. 2) is DENIED and Judgment shall be
3 | entered dismissing this action with prejudice.

Dated: February 11, 2025

                                      MAAME EWUSI-MENSAH FRIMPONG
                                      United States District Judge