JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

RYAN M. MARSHALL,

              Plaintiff,

                v.

L. MEJIA, et al.,

              Defendants.

Case No. 5:24-cv-01186-MEMF-JDE

JUDGMENT

     Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

     IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT this action is DISMISSED with prejudice.

Dated: February 11, 2025

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge